AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| TAASERA LICENSING LLC,<br>*Plaintiff(s)*<br>v.<br><br>PALO ALTO NETWORKS, INC.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:22-cv-00062<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    PALO ALTO NETWORKS, INC.
    C/O Corporation Service Company
    211 East 7th Street, Suite 620
    Austin, TX  78701

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Alfred R. Fabricant, Esq.
        FABRICANT LLP
        411 Theodore Fremd Avenue, Suite 206 South
        Rye, New York 10580
        Telephone: (212) 257-5797

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/28/22

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-00062

Plaintiff:
**Taasera Licensing LLC**

vs.

Defendant:
**Palo Alto Networks, Inc.**

For:
Fabricant LLP
411 Theodore Fremd Rd.
Suite 206
South Rye, NY 10580

Received by Mike Techow on the 16th day of March, 2022 at 9:27 am to be served on **Palo Alto Networks, Inc. By serving its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **16th day of March, 2022** at **2:55 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons and Complaint for Patent Infringement with Exhibits A-I** with the date of service endorsed thereon by me, to: **Evie Lichtenwalter, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as Authorized Agent at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Palo Alto Networks, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 230, Hair: Blonde, Glasses: Y

Subscribed and Sworn to before me on the 16th day of March, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-06-2023
Notary ID 131960911

Mike Techow
PSC-1215, Exp. 7/31/2022

Inter County Judicial Services LLC (Syosset, NY)
6851 Jericho Turnpike
Suite 180
Syosset, NY 11791
(516) 248-8270

Our Job Serial Number: MST-2022002322
Ref: 2207747