**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| TAASERA LICENSING LLC, | ) | Case No. 2:22-cv-00062-JRG-RSP |
|  | ) |  |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| PALO ALTO NETWORKS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Taasera Licensing LLC by and through its undersigned counsel, hereby dismisses this action as to Defendant Palo Alto Networks, Inc. voluntarily and without prejudice by filing this Notice of Dismissal.

Dated:  March 18, 2022                Respectfully submitted,

 */s/ Joseph M. Mercadante*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***TAASERA LICENSING LLC***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on March 18, 2022, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this document via

the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>/s/ Joseph M. Mercadante</u>
Joseph M. Mercadante