**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TAASERA LICENSING LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00062-JRG-RSP |
| PALO ALTO NETWORKS, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Taasera Licensing LLC's Notice of Dismissal of Claims. (Dkt. No. 11.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 22nd day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE